UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-639 RHK/JMM

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN P. ANDERSON,

Defendant.

**ORDER**

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Amended Summons. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted ~~an additional 120 days~~ until October 1, 2000 for service of the Amended Summons and Amended Complaint upon defendant.

Dated: 7/6/00

United States Magistrate-Judge

FILED JUL 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________